UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

      v.                    Criminal No. 12-cr-32-01-JL

<u>George England</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 9) filed by defendant is granted; Final Pretrial is rescheduled to July 2, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning July 10, 2012, 9:30 a.m.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date:  April 13, 2012

cc:  Bjorn Lange, Esq.
     Robert Veiga, Esq.
     U.S. Marshal
     U.S. Probation