UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                    Criminal No. 12-cr-0032-01-JL

George England

O R D E R

The assented to motion to reschedule jury trial (document no. 14) filed by defendant is granted; Final Pretrial is rescheduled to August 29, 2012 at 11:30 a.m.; Trial is continued to the two-week period beginning September 5, 2012, 9:30 a.m.   No further continuances without good cause.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date:   June 28, 2012

cc:   Bjorn R. Lange, AFD
      Robert J. Veiga, AUSA
      U.S. Marshal
      U.S. Probation